NICHOLAS VASSALLO
Acting United States Attorney
JEREMY A. GROSS (WY Bar #7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
jeremy.gross@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUSAN GAUDERN and DELORIS GAUDERN, )<br><br>*Plaintiffs,* )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br>THE UNITED STATES DEPARTMENT OF )<br>AGRICULTURE an agency of the UNITED )<br>STATES, THE UNITED STATES FOREST )<br>SERVICE an agency of the UNITED STATES )<br>DEPARTMENT OF AGRICULTURE, and )<br>CHRISTOPHER SELLERS, in his )<br>Official capacity, )<br><br>*Defendants.* )<br>) | Case Number 22-cv-172-F |

## STIPULATED DISMISSAL WITH PREJUDICE

The Parties, Plaintiffs Susan Gaudern and Deloris Gaudern, by and through their undersigned attorney, and Defendant, by and through the undersigned Assistant United States Attorney, hereby notify the Court that the above captioned matter has been resolved and is dismissed with prejudice pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

DATED this 28th day of December 2022.


By:   /s/ Aaron J. Vincent                                By:   _____
        AARON J. VINCENT                                          JEREMY A. GROSS
        Attorney for Plaintiff                                        Assistant United States Attorney