

FILED

Margaret Botkins
Clerk of Court

*4:14 pm, 12/28/22*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUSAN GAUDERN and DELORIS GAUDERN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF AGRICULTURE, an agency of the UNITED STATES, THE UNITED STATES FOREST SERVICE, an agency of the UNITED STATES DEPARTMENT OF AGRICULTURE, and CHRISTOPHER SELLERS, in his Official Capacity,<br><br>Defendants. | Case No.  22-CV-172-NDF |

## ORDER GRANTING STIPULATED DISMISSAL

The parties have filed a stipulated motion for dismissal with prejudice, ECF 18, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). While the notice is self-executing, the Court also ORDERS this case DISMISSED WITH PREJUDICE.  Each party shall bear its, his or her own attorneys' fees and costs.

Dated this 28th day of December, 2022.

*Nancy D. Freudenthal*

NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE